# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 4:09-CR-00065 |
| v. | § |
| | § |
| | § |
| JOHN MICHAEL DAUGHERTY | § |
| | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order recommending the Defendant be imprisoned for an additional term of imprisonment of twenty-one (21) months, with no term of supervised release to follow. Defendant did not waive allocution.

Having received the report and recommendation of the Magistrate Judge, and having considered Defendant's withdrawal of the appeal of allocution, it is therefore, **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Dkt. #65) is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED.**

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of twenty-one (21), with no term of supervised release to

follow.  The Court will further recommend the Defendant be placed in a BOP medical facility, if available.

    **IT IS SO ORDERED**.

    **SIGNED this 16th day of June, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE